In the Matter of the Accounting of LAURA A. WOLF et al., as Testamentary Trustees of CHARLES W. WOLF, Deceased, Respondents; FERDINAND CURTH, Appellant.

Argued October 7, 1940; decided November 13, 1940.

*Murray M. Halwer, Leon Hershbaum* and *Louis Rothbard* for appellant.

*Jacob J. Aronson* for respondents.

Order affirmed, with costs to all parties filing separate briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.